# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WEINSTEIN, ET ALS, LLC AND
JOHN HAAS WEINSTEIN

NO.   2020 CW 0741

VERSUS

CW INVESTORS, LLC AND JOSH
LAPEDIS

**AUGUST 19, 2020**

---

In Re:   CW Investors, LLC and Josh Lapedis, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 653621.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.** Under the circumstances presented here, we find the district court abused its discretion by denying defendants more time to prepare an opposition to plaintiffs' motion for summary judgment, and the matter is remanded to set a new date for plaintiffs' motion for summary judgment, not less than 30 days from the date of this action.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT